UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL   ACTION

versus                                       NO.  00-065

KEVIN JENKINS                                SECTION "C" (1)

### ORDER AND REASONS

Petitioner *pro se*, Kevin Jenkins ("Petitioner" "Jenkins") has petitioned the Court, requesting that he be re-sentenced to "a halfway house."  In the alternative, he requests that the Court transfer him within the Bureau of Prisons(BOP)system. The Court is not authorized to re-sentence or transfer a prisoner once he has been remanded to the custody of the BOP. Accordingly, the Court must DENY Mr. Jenkins' requests.

New Orleans, Louisiana, this 15th day of June, 2005

_____
HELEN G. BERRIGAN,
UNITED STATES DISTRICT JUDGE