UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL

VERSUS                                  NO: 00-65

KEVIN JENKINS                           SECTION: C (1)

# SEALED DOCUMENT

```
___Fee_____
___Process_____
 X _Dktd_plh_____
___CtRmDep_____
   Doc.No. 95
___
```