**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO: 00-65 |
| KEVIN JENKINS | SECTION: C (1) |

# SEALED DOCUMENT

```
___Fee_____
___Process_____
 X  Dktd plh_____
___CtRmDep_____
   Doc.No. 97____
```