**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA            CRIMINAL

VERSUS                              NO: 00-65

KEVIN JENKINS                       SECTION: C (1)

# SEALED DOCUMENT

```
___Fee_____
___Process_____
 X _Dktd_plh_____
___CtRmDep_____
   Doc.No. 98_____
```