```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NO. 00-65

KEVIN JENKINS                           SECTION "C"

<u>ORDER</u>

IT IS ORDERED that Record Documents 95, 97 & 98 are hereby SEALED.

New Orleans, Louisiana, this <u>24th</u> day of January, 2006.

```
                    _____
                         HELEN G. BERRIGAN
                    UNITED STATES DISTRICT JUDGE
```