UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. 00-65

KEVIN JENKINS                                SECTION "C"

ORDER

IT IS ORDERED that any opposition to the defendant's motion for resentencing shall be

filed by October 30, 2006.   (Rec. Doc. 103).

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE