

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-065** |
| v. | * | **SECTION: "C"** |
| **KEVIN JENKINS** | * | |
| | * * * | |

### MOTION TO EXTEND TIME FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RESENTENCING

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and requests an extension of time to file its response to Kevin Jenkins' motion for resentencing for the reasons set forth below.

Several of the documents needed to respond to this motion are sealed. Thus, the Government needs additional time to obtain its file from the closed records facility located in Fort Worth, Texas.



1

**WHEREFORE,** for the aforementioned reasons, the government requests an extension of time until November 13, 2006, to respond to Kevin Jenkins' motion for resentencing.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
TRACEY N. KNIGHT (23165)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras St., Room 210-B
New Orleans, LA 70130
Telephone: (504) 680-3080

CERTIFICATE OF SERVICE
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid, this _____ day of _____, 20___.

_____
Assistant United States Attorney