UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-065** |
| v. | * | **SECTION: "C"** |
| **KEVIN JENKINS** | * | |

\* \* \*

### ORDER

Considering the foregoing motion;

**IT IS ORDERED** that an extension of time until November 13, 2006, to respond to Kevin Jenkins' motion for resentencing is **GRANTED**.

New Orleans, Louisiana, this 30th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 31 PM 12: 42

LORETTA G. WHYTE
CLERK

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No._____