UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 00-65

KEVIN JENKINS                               SECTION "C"

ORDER

IT IS ORDERED that the defendant's motion for resentencing pursuant to Federal Rule of Criminal Procedure 43(a)(3) is GRANTED and SEALED. (Rec. Doc. 103). Although under Fed. R. Crim. P. 43(b)(4), a defendant's presence is not required for a proceeding involving a reduction of sentence under Rule 35, good cause for resentencing has been shown.

New Orleans, Louisiana, this 22nd day of November, 2006.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE