UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-065 |
| KEVIN JENKINS | SECTION: "C" 1 |

**O R D E R**

**IT IS ORDERED** that re-sentencing of defendant Kevin Jenkins is hereby set for **Wednesday, December 20, 2006, at 9:00 a.m.** before the undersigned.

**IT IS FURTHER ORDERED** that this matter is hereby referred to the Criminal Duty Magistrate Judge for determination of counsel prior to the re-sentencing.

**IT IS FURTHER ORDERED** that counsel for the government take the necessary steps to produce the defendant for the aforementioned re-sentencing and determination of counsel hearings.

New Orleans, Louisiana, this   29th   day of November 2006.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE