UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 00–65** |
| v. | * | SECTION: "C" |
| **KEVIN JENKINS** | * | |
| | * * * | |

## MOTION TO CONTINUE SENTENCING

**NOW INTO COURT** comes the United States of America, appearing through the undersigned Assistant United States Attorney, who moves this Court to continue the re-sentencing of the above-captioned matter currently set before this Honorable Court on December 20, 2006, at 9:00 a.m., for the following reasons:

The defendant is currently incarcerated at FCI, Yazoo City in Mississippi. The undersigned Assistant United States Attorney contacted the Marshal's Office and they will need additional time to transport the defendant from Mississippi to Louisiana.

Further, Kevin Jenkins needs additional time to obtain appointed counsel prior to the hearing.

**WHEREFORE,** the United States requests that this Honorable Court continue the re-sentencing of the defendant until January 10, 2007 at 9:00 am.

        Respectfully submitted,

        JIM LETTEN
        UNITED STATES ATTORNEY

        s/ Tracey N. Knight
        TRACEY N. KNIGHT
        Assistant United States Attorney
        Bar Roll No.  23165
        Hale Boggs Federal Building
        500 Poydras Street, 210B
        New Orleans, Louisiana  70130
        (504) 680-3080

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.   I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following participants: Kevin Jenkins)

        s/ Tracey N. Knight
        TRACEY N. KNIGHT
        Assistant United States Attorney