UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 00–065** |
| v. | * | **SECTION: "C"** |
| **KEVIN JENKINS** | * | |

\* \* \*

## ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that the re-sentencing of the defendant, Kevin Jenkins, now set on December 20, 2006, at 9:00 a.m., be continued until January 10, 2007, at 9:00 a..m. \*\*

New Orleans, Louisiana, this 6th day of December, 2006.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

\*\*   IT IS FURTHER ORDERED that this matter is referred to the Criminal Duty Magistrate Judge for a hearing to determine counsel to be held on Tuesday, January 2, 2007, at 2:00 p.m.