UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-065 |
| KEVIN JENKINS | SECTION: "C" 1 |

**O R D E R**

Considering the Court having been advised that the defendant is still in Yazoo City, MS and will not be produced in this district until January 10, 2007; accordingly,

**IT IS ORDERED** that re-sentencing of defendant Kevin Jenkins is hereby CONTINUED to **Wednesday, January 24, 2007, at 9:00 a.m.** before the undersigned.

**IT IS FURTHER ORDERED** that the hearing to determine counsel is hereby reset to **January 17, 2007, at 2:00 p.m.** before Magistrate Judge Louis Moore, Jr.

New Orleans, Louisiana, this ___3rd___ day of January 2007.

_____
HELEN G. BERRIGAN
**UNITED STATES DISTRICT JUDGE**