MINUTE ENTRY
MOORE, M.J.
JANUARY 17, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-065 |
| KEVIN JENKINS | SECTION: C |

A hearing to determine counsel was held this date before Magistrate Judge Louis Moore, Jr.

PRESENT: Tracey Knight, Asst. U.S. Attorney
Kevin Jenkins, Defendant

This matter was referred by the District Court. The defendant informed the Court that he is not financially able to retain counsel and requested Court appointed counsel. The defendant was sworn and questioned by the Court regarding the financial affidavit. **IT IS ORDERED** that the Federal Public Defender is appointed to represent the defendant.

The defendant was remanded to the custody of the U.S. Marshal.

MJSTAR: 00:008

_____
LOUIS MOORE, JR., U.S. MAGISTRATE JUDGE

CLERK TO NOTIFY:
U.S. ATTORNEY, PRE-TRIAL SERVICES,
U.S. MARSHAL, ATTORNEY FOR DEFENDANT,
DEFENDANT