UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-065 |
| KEVIN JENKINS | * | SECTION: "C" |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
TO CONTINUE RE-SENTENCING HEARING**

**NOW INTO COURT** comes the defendant, KEVIN JENKINS, who through undersigned counsel, respectfully moves this Honorable Court for a continuance of the re-sentencing hearing which is presently set for January 24, 2007, for the following reasons:

I.

Undersigned counsel was recently appointed to represent Mr. Jenkins on January 17, 2007. Additional time is necessary to review the facts and circumstances of the case with the client.

II.

Assistant United States Attorney Tracey N. Knight has been contacted and has expressed no objection to this continuance.

III.

Additionally, Kevin Jenkins who is in the custody of the United States Marshal Service has been contacted and has no objection to the continuance.

**WHEREFORE**, the defendant requests the continuance of the re-sentencing hearing.

Respectfully submitted this 22nd day of January, 2007.

                                        VIRGINIA LAUGHLIN SCHLUETER
                                      Federal Public Defender

                                      /s/ Roma Ajubita Kent
                                      ROMA AJUBITA KENT
                                      Assistant Federal Public Defender
                                      500 Poydras Street, Suite 318
                                      Hale Boggs Federal Building
                                      New Orleans, Louisiana 70130
                                      Telephone: (504) 589-7942
                                      Bar # 0149
                                      Email: roma_kent@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Tracey N. Knight, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Kevin Jenkins, FEDERAL INMATE, Folder No. 469005, 3000 Perdido Street, TPV, New Orleans, LA 70119.

/s/ Roma Ajubita Kent
ROMA AJUBITA KENT
Assistant Federal Public Defender