UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JAN 18 PM 12:40
LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA

VERSUS

KEVIN JENKINS

CR. NO. 00-65 C

**ORDER**

_X_ Appointing Counsel

___ Substituting Counsel For:

___ Ratifying Prior Service

___ Extending Appointment For Appeal

CHARGE: POSSESSION WITH INTENT TO DISTRIBUTE CRACK COCAINE

_X_ FELONY    ___ MISDEMEANOR

_X_ The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:

**VIRGINIA SCHLUETER, FEDERAL PUBLIC DEFENDER, HALE BOGGS FEDERAL BLDG., RM 318, 501 MAGAZINE ST, NEW ORLEANS, LA 70130 PHONE: (504)589-2468**

___ Federal Public Defender is appointed for the limited purpose of:

___ It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is totally indigent.

___ IT IS FURTHER ORDERED that the defendant pay to the Clerk, U. S. District Court for services of counsel, the total amount of $_____ to be paid within 10 working days or by _____.

___ IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $_____ per month. This amount is to be paid, beginning on _____, 20___, until further orders of the Court.

Dated at New Orleans, Louisiana, on   JANUARY 17, 2007

UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit Clerk (Only if defendant is ordered to pay)

MJSTAR: :08

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF

_____ VS. _____
FOR
AT

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **Kevin Jenkins**

1. ☐ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

DOCKET NUMBERS
Magistrate: _____
District Court: **00-065**
Court of Appeals: _____

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: **2000 - Owner Club - Feels Like Home**
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? **$15,000.00**
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
☒ SINGLE (Com. Law)
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: **6**
List persons you actually support and your relationship to them: **3 Minor Children, 3 Adult Children**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: **None**
Creditors / Total Debt / Monthly Payt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **January 17, 2007**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Kevin Jenkins*