UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-065 |
| KEVIN JENKINS | * | SECTION: "C" |

### O R D E R

The foregoing considered,

**IT IS ORDERED** that the re-sentencing hearing as to is hereby continued to the **7th** day of **February**, 2007, at **9:00 A.M.**

New Orleans, Louisiana, this  23rd  day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE