UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-065 |
| KEVIN JENKINS | * | SECTION: "C" |

**SECOND UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
TO CONTINUE RE-SENTENCING HEARING**

**NOW INTO COURT** comes the defendant, KEVIN JENKINS, who through undersigned counsel, respectfully moves this Honorable Court for a continuance of the re-sentencing hearing which is presently set for February 7, 2007, for the following reasons:

I.

Undersigned counsel was recently appointed to represent Mr. Jenkins on January 17, 2007. Additional time is necessary to review the facts and circumstances of the case with the client. Undersigned counsel has been in contact with Assistant United States Attorney Tracey N. Knight regarding appropriate sentencing recommendations. Further review would be in order and, hopefully, to Mr. Jenkins' benefit.

II.

Assistant United States Attorney Tracey N. Knight has been contacted and has no objection to this motion for a continuance.

III.

Additionally, Kevin Jenkins who is in the custody of the United States Marshal Service has been contacted and has no objection to the continuance.

**WHEREFORE**, the defendant requests the continuance of the re-sentencing hearing.

Respectfully submitted this 6th day of February, 2007.

        VIRGINIA LAUGHLIN SCHLUETER
        Federal Public Defender


        s/ Roma Ajubita Kent
        ROMA AJUBITA KENT
        Assistant Federal Public Defender
        500 Poydras Street, Suite 318
        Hale Boggs Federal Building
        New Orleans, Louisiana 70130
        Telephone: (504) 589-7942
        Bar # 0149
        Email: roma_kent@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6th , 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Tracey N. Knight, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Kevin Jenkins, FEDERAL INMATE, Folder No. 469005, 3000 Perdido Street, TPV, New Orleans, LA 70119.

s/ Roma Ajubita Kent
ROMA AJUBITA KENT
Assistant Federal Public Defender