UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-065 |
| KEVIN JENKINS | * | SECTION: "C" |

**O R D E R**

The foregoing considered,

**IT IS ORDERED** that the re-sentencing hearing as to is hereby continued to the **7th** day of March, 2007, at 9:00 A.M.

New Orleans, Louisiana, this 6th day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE