MINUTE ENTRY
BERRIGAN, J.
MARCH 7, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-065 |
| KEVIN JENKINS | SECTION: "C" |

### EVIDENTIARY HEARING REGARDING SENTENCE

APPEARANCES:   Sivashree Sundaram, Asst. U. S. Attorney
               Roma Kent, Counsel for the Defendant
               Kevin Jenkins, Defendant

COURT REPORTER:    David Zarek
COURTROOM DEPUTY:  Kimberly County

Case called; all present & ready.
Counsel for defendant request that the Courtroom be sealed - SO ORDERED.
Deft witness:     **Kevin Jenkins**, sworn, testified.
Govt witness:     **Tracey Knight, AUSA**, sworn, testified.
Govt witness:     **William Cambre, SA, DEA**, sworn, testified.
Closing arguments made by counsel for the Govt and the Deft.
ORDER - Court affirms previous ruling re: motion for reduction of sentence. Court finds reduction given was sufficient.
Deft req that he be transferred to an outlying Parish while he awaits transfer to the Bureau of Prisons - the Court has asked the Marshal to accommodate this request.
Deft remanded to the U.S. Marshal.

JS-10:  00:31