UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: RETROACTIVE APPLICATION
OF NOVEMBER 1, 2007 AMENDMENT
TO CRACK COCAINE OFFENSE
LEVEL GUIDELINES

### ORDER

IT IS ORDERED that, pursuant to the provisions of the Criminal Justice Act, Title 18 U.S.C. § 3006 A (a)(1) and (c), the Office of the Federal Public Defender for the Eastern District of Louisiana is hereby appointed to represent any defendant who has filed a pro se motion for reduction of sentence under the Amended Federal Sentencing Guidelines for cocaine base offenses. Should the Federal Public Defender determine there is a conflict with regard to the representation of a particular defendant, a Criminal Justice Act attorney shall be appointed as counsel.

New Orleans, Louisiana, this 25 day of February, 2008.

HELEN G. BERRIGAN, Chief Judge