UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-065 |
| KEVIN JENKINS | SECTION: "C" |

### ORDER

The Court has received a Motion to Reduce Sentence for the defendant Kevin Jenkins (Doc. 139). The Court has created a Cocaine Base Retroactivity Screening Committee to assist the Court in determining who is eligible for the retroactive amendment and whether a reduction is otherwise appropriate. Defendant's motion has been referred to that committee for evaluation.

New Orleans, Louisiana, this 7th day of March, 2008.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE