AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| KEVIN JENKINS | ) Case No:  00-65 |
| | ) USM No:  26974-034 |
| Date of Previous Judgment: 7/18/2001 | )  Federal Defender's Office |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  07/18-2001  months **is reduced to**  120 months for Ct. 1 .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 235 to 293 months | Amended Guideline Range: | 188 to 235 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

an 11(e)(1)(C) plea agreement stipulated to a sentence of 180 months. The 180 month sentence was reduced to 144 months on 01/03/06 pursuant to a Rule 35(b), initiated by the government.

Except as provided above, all provisions of the judgment dated  07/18/01  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  05/16/2008

_____
Judge's signature

Effective Date:  _____
(if different from order date)

HELEN G. BERRIGAN US DISTRICT COURT
Printed name and title