UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-065 |
| KEVIN JENKINS | SECTION: "C" |

**ORDER**

Before the Court is a Motion for Reconsideration, filed by the Government (Rec. Doc. 146).

IT IS ORDERED that the defendant, Kevin Jenkins, shall file opposition to the Government's Motion for Reconsideration, if any, by July 30, 2008.

New Orleans, Louisiana, this 14th day of July, 2008.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE