**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 00-65** |
| v. | * | SECTION: "C" |
| **KEVIN JENKINS** | * | |

\* \* \*

**GOVERNMENT'S EMERGENCY MOTION FOR**
**STAY OF COURT'S ORDER REDUCING SENTENCE**

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully requests an emergency stay of the Court's May 22, 2008 order granting the defendant's motion for sentence reduction, for the following reason:

On May 22, 2008, the Court granted the defendant's motion and reduced Kevin Jenkin's sentence from 144 months to 120 months imprisonment. On June 6, 2008, the government filed a motion for reconsideration of that ruling. On July 14, 2008, this Court ordered the defendant to file a response to the government's motion, if any, by July 30, 2008. The defendant filed a response on July 28, 2008.

Jenkins' new release date, as a result of the Court's May 22, 2008 order is January 28, 2009. However, he is scheduled to be released and allowed to report to a halfway house on August 5, 2008. Accordingly, the government seeks a stay of the court's order reducing Jenkins' sentence until the Court has had an opportunity to review and rule on this matter.

**WHEREFORE**, the Government requests that an immediate stay be granted.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


s/ Tracey N. Knight
TRACEY N. KNIGHT
Assistant United States Attorney
Louisiana Bar Roll No. 23165
500 Poydras Street, Room 210-B
New Orleans, Louisiana 70130
Telephone: (504) 680-3080


**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2008 electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Gary Schwabe, Assistant Federal Public Defender.

s/ Tracey N. Knight
TRACEY N. KNIGHT
Assistant United States Attorney