UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 00-65** |
| v. | * | SECTION: "C" |
| **KEVIN JENKINS** | * | |

\*   \*   \*

**O R D E R**

Considering the Government's motion, for the reasons stated therein,

**IT IS HEREBY ORDERED** that the Court's May 22, 2008 order reducing Jenkins' sentence from 144 months to 120 months **IS HEREBY STAYED UNTIL FURTHER ORDERS OF THE COURT.**

New Orleans, Louisiana, this _____ day of July, 2008.

_____
**UNITED STATES DISTRICT JUDGE**