**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 00-65** |
| v. | * | SECTION: "C" |
| **KEVIN JENKINS** | * | |

\*   \*   \*

**GOVERNMENT'S EMERGENCY MOTION FOR**
**STAY OF COURT'S ORDER REDUCING SENTENCE**

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully requests an emergency stay of the Court's May 22, 2008 order granting the defendant's motion for sentence reduction.

Counsel for the government has attempted to contact Gary Schwabe, counsel for the defendant regarding this motion, however, counsel for the government was unable to reach him.

**WHEREFORE**, the Government requests that an immediate stay be granted.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

s/ Tracey N. Knight
TRACEY N. KNIGHT
Assistant United States Attorney
Louisiana Bar Roll No. 23165
500 Poydras Street, Room 210-B
New Orleans, Louisiana 70130
Telephone: (504) 680-3080

## CERTIFICATE OF SERVICE

    I hereby certify that on August 1, 2008 electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Gary Schwabe, Assistant Federal Public Defender.

                                  s/ Tracey N. Knight
                                  TRACEY N. KNIGHT
                                  Assistant United States Attorney