**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 00-65** |
| **v.** | * | **SECTION: "C"** |
| **KEVIN JENKINS** | * | |

\* \* \*

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF**
**EMERGENCY MOTION FOR**
**STAY OF COURT'S ORDER REDUCING SENTENCE**

In support of its motion for Emergency Stay of Court's Order Reducing Sentence, the government hereby submits the following memorandum:

The United States of America, respectfully requests an emergency stay of the Court's May 22, 2008 order granting the defendant's motion for sentence reduction, for the following reason:

On May 22, 2008, the Court granted the defendant's motion and reduced Kevin Jenkin's sentence from 144 months to 120 months imprisonment. On June 6, 2008, the government filed a motion for reconsideration of that ruling. On July 14, 2008, this Court ordered the defendant to file a response to the government's motion, if any, by July 30, 2008. The defendant filed a response on July 28, 2008.

Jenkins' new release date, as a result of the Court's May 22, 2008 order is January 28, 2009. However, he is scheduled to be released and allowed to report to a halfway house on August 5, 2008. Accordingly, the government seeks a stay of the court's order reducing Jenkins' sentence until the Court has had an opportunity to review and rule on this matter.

**WHEREFORE**, the Government requests that an immediate stay be granted.

        Respectfully submitted,

        JIM LETTEN
        UNITED STATES ATTORNEY

        s/ Tracey N. Knight
        TRACEY N. KNIGHT
        Assistant United States Attorney
        Louisiana Bar Roll No. 23165
        500 Poydras Street, Room 210-B
        New Orleans, Louisiana 70130
        Telephone: (504) 680-3080

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008 electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Gary Schwabe, Assistant Federal Public Defender.

        s/ Tracey N. Knight
        TRACEY N. KNIGHT
        Assistant United States Attorney