UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-65 |
| v. | * | SECTION: "C" |
| KEVIN JENKINS | * | |
| | * * * | |

### NOTICE OF HEARING

TO:   Gary Schwabe, Esq.
      Federal Public Defender's Office
      500 Poydras Street, New Orleans, LA 70130

**PLEASE TAKE NOTICE** that the undersigned will bring the attached Government's Emergency Motion for Stay of Court's Order Reducing Sentence before the Honorable Helen Berrigan, United States District Judge, at 500 Magazine Street, New Orleans, Louisiana, at **9:00 a.m.** on the **20th** day of **August**, 2008.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

s/Tracey N. Knight
TRACEY N. KNIGHT
Assistant United States Attorney
Chief, Criminal Division
Louisiana Bar Roll No. 23165
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3080