UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-65 |
| v. | * | SECTION: "C" |
| KEVIN JENKINS | * | |

\* \* \*

### GOVERNMENT'S MOTION FOR AN
### EXPEDITED HEARING

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully requests an expedited hearing on the Government's Emergency Motion for Stay of Court's Order Reducing Sentence, for the following reason:

Kevin Jenkins' new release date, as a result of the Court's May 22, 2008 order is January 28, 2009. However, he is scheduled to be released and allowed to report to a halfway house on August 5, 2008.

Counsel for the government has attempted to contact Gary Schwabe, counsel for the defendant, regarding this motion, however, counsel for the government was unable to reach him.

**WHEREFORE**, the Government requests that its Motion for an Expedited Hearing be granted.

                Respectfully submitted,

                JIM LETTEN
                UNITED STATES ATTORNEY

                s/ Tracey N. Knight
                TRACEY N. KNIGHT
                Assistant United States Attorney
                Louisiana Bar Roll No. 23165
                500 Poydras Street, Second Floor
                New Orleans, Louisiana 70130
                Telephone:  (504) 680-3080

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008 electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Gary Schwabe, Assistant Federal Public Defender.

                s/ Tracey N. Knight
                TRACEY N. KNIGHT
                Assistant United States Attorney