UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-65 |
| v. | | |
| | * | SECTION: "C" |
| KEVIN JENKINS | * | |

\* \* \*

**O R D E R**

Considering the Government's motion,

**IT IS HEREBY ORDERED** that the Government's Emergency Motion for Stay of Court's Order Reducing Sentence be heard on the _____ day of _____, **2008** at _____ **.m.**

New Orleans, Louisiana, this _____ day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE