UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-065 |
| KEVIN JENKINS | SECTION: "C" |

### ORDER

Before the Court is a Motion For Stay of Court's Order Reducing Sentence, filed by the United States of America (Rec. Doc. 152); and, an *ex parte* motion to expedite the hearing on the Motion For Stay, also filed by the United States of America (Rec. Doc. 153).

IT IS ORDERED that the Motion to Expedite is GRANTED (Rec. Doc. 153).

IT IS FURTHER ORDERED that the Motion For Stay is DENIED (Rec. Doc. 152).

New Orleans, Louisiana, this 4th day of August, 2008.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE